# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 13−12716−BFK
**Chapter** 7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sherae L. Ellison
18 Summer Breeze Court
Sterling, VA 20165

Shelly D. Ellison
18 Summer Breeze Court
Sterling, VA 20165

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−3440                     Joint Debtor: xxx−xx−5762

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA                              Joint Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS

**TO:    DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on June 11, 2013. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:  June 25, 2013**

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 All Schedules (A−J) and Statement of Financial Affairs
**Summary of Schedules (2−pages)**
**Chapter 7 Statement of Current Monthly Income and Means Test Calculation**
**Attorney Fee Disclosure**

**William C. Redden
Clerk, United States Bankruptcy Court**

Date:   June 12, 2013

/s/   Kimberly J. Chandler
Deputy Clerk

[10071vDec2009.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                          Case No. 13-12716-BFK
Sherae L. Ellison                                                               Chapter 7
Shelly D. Ellison
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: chandlerk          Page 1 of 2          Date Rcvd: Jun 12, 2013
                              Form ID: 10071           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2013.
db/jdb         +Sherae L. Ellison,   Shelly D. Ellison,   18 Summer Breeze Court,   Sterling, VA 20165-5806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2013**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0422-9           User: chandlerk              Page 2 of 2                  Date Rcvd: Jun 12, 2013
                               Form ID: 10071               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2013 at the address(es) listed below:
              H. Jason Gold    jgold@wileyrein.com,
               VA19@ecfcbis.com;pmccarthy@wileyrein.com;khertz@wileyrein.com;jgold@ecf.epiqsystems.com;jfarnum@w
               ileyrein.com
              Robert R. Weed    on behalf of Debtor Sherae L. Ellison robertweedlaw@yahoo.com,
               robertweedcourtstuff@yahoo.com;robertweedstayrelief@yahoo.com;marksarchive@gmail.com;atty_robertw
               eedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com
              Robert R. Weed    on behalf of Joint Debtor Shelly D. Ellison robertweedlaw@yahoo.com,
               robertweedcourtstuff@yahoo.com;robertweedstayrelief@yahoo.com;marksarchive@gmail.com;atty_robertw
               eedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com
                                                                                             TOTAL: 3